No. 717. LOUISVILLE JOINT STOCK LAND BANK *v.* RADFORD. March 4, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted.

*Messrs. John E. Tarrant, John W. Davis,* and *Wm. Marshall Bullitt* for petitioner. *Messrs. Harry H. Peterson, P. O. Sathre, William Lemke, Edwin A. Krauthoff, David A. Sachs, Jr., Herbert C. Lust,* and *Frank Rives* for respondent.